UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKERTING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL DOCKET NO. 2738<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |
| **This Document Relates To:**<br>Phillip Phillippello, individually and on behalf of Elise Phillipello | DOCKET NO.: 3:18-cv-10548 |

# DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, **Phillip Phillippello, individually and on behalf of Elise Phillipello** by and through counsel and hereby requests that all claims be dismissed against Defendant, Personal Care Products Council, with prejudice. Plaintiff, Phillip Phillippello, individually and on behalf of Elise Phillipello and Defendant each to bear their own costs.

**DATE: October 14, 2025**

| | |
|---|---|
| **Attorney for Plaintiff,**<br>**Phillip Phillippello, individually and on behalf of Elise Phillipello** | **Attorney for Defendants,**<br>**Personal Care Products Council** |
| By: /s/ *Betsy J. Barnes, Esquire* | By: /s/ *Suzanne I. Turpin, Esquire* |
| **Betsy J. Barnes, Esquire** | **Suzanne I Turpin, Esquire** |
| **MORRIS BART, LLC.** | **REILLY, MCDEVITT, HENRICH P.C.** |
| 601 Poydras St. 24th FL.<br>New Orleans, LA 70130<br>Tel: (504) 321-0170<br>E: bbarnes@morrisbart.com | 3 Executive Campus Ste. 310<br>Cherry Hill, NJ 08002<br>Tel: (856) 317-7180<br>E: sturpin@rmh-law.com |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 14, 2025 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Suzanne I. Turpin, Esquire*
Suzanne I. Turpin, Esquire